FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY - 8 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DERRICK U DENNIS, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

VARICK WINERY & VINEYARD LLC,

Defendant.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Civil No.: 1:19-cv-00692-CBA-PK

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: May 6, 2019

**SHALOM LAW, PLLC**

Jonathan Shalom, Esq.
*Attorneys for Plaintiff*
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
Phone: (718) 971-9474
Fax: (718) 865-0943
jshalom@jonathanshalomlaw.com

Dated: May 6, 2019

**HARRIS BEACH PLLC**

Scott D. Piper, Esq.
*Attorneys for Defendant*
99 Garnsey Road
Pittsford, NY 14534
Tel: (585) 419-8800
Fax: (585) 419-8801
spiper@harrisbeach.com

SO ORDERED:

s/Carol Bagley Amon
Hon. Carol Bagley Amon
United States District Judge
Eastern District of New York

Dated: May 7, 2019